# EXHIBIT A



Crystal Training
2981 Ford St. Ext., Unit #333, Ogdensburg, NY 13669
Phone: 1-800-535-8176   Fax: 1-800-455-7012

| To: | Business Owner/Manager |
|---|---|
| From: | Crystal Training |
| Phone: | 1-800-535-8176 |
| Fax: | 1-800-455-7012 |
| Web: | www.crystal-training.net |
| Email: | info@crystal-training.net |
| Pages (with cover): | 2 |
| Subject: | Classroom Training in Miami and Hollywood |

Please see the attached letter.

Thanks.

To be removed, please submit your fax number at http://remove.crystal-training.net
Crystal Training, 2981 Ford St. Ext., Unit #333, Ogdensburg, NY 13669, P: 800-535-8176, F: 800-455-7012

Dear Owner/Manager,

We would like to take a moment of your valuable time to tell you about our upcoming QuickBooks and Excel training classes in your area. Our company provides training classes in many cities coast-to-coast.

The classes run from 9:00 am to 4:30 pm, with 30 minute lunch break. Every student is provided with a notebook computer for use during the class. Registration cost for any single class is $259 or save 10% with any two or more classes at $229 each. We accept Visa, MasterCard and PayPal.

### Hollywood: Hilton Garden Inn, 180 SW 18th Avenue, Dania Beach, FL

|            | **Level 1**         | **Level 2**         |
|------------|---------------------|---------------------|
| QuickBooks | Mon, Apr 28, 2014   | Tue, Apr 29, 2014   |
| Excel      | Wed, Apr 30, 2014   | Thu, May 1, 2014    |

### Miami: Hilton Garden Inn, 3550 NW 74th Avenue, Miami, FL

|            | **Level 1**         | **Level 2**         |
|------------|---------------------|---------------------|
| QuickBooks | Mon, May 5, 2014    | Tue, May 6, 2014    |
| Excel      | Wed, May 7, 2014    | Thu, May 8, 2014    |

For full details, including course topic outlines, please visit our website, at www.crystal-training.net or call us at 1-800-535-8176.

Best regards,

**Crystal Training**
Phone: 1-800-535-8176   Fax: 1-800-455-7012
Live operators: Monday - Friday from 8AM EST to 8PM EST/5AM PST to 5PM PST
Web: www.crystal-training.net   Email: info@crystal-training.net



Crystal Training
2981 Ford St. Ext., Unit #333, Ogdensburg, NY 13669
Phone: 1-800-535-8176   Fax: 1-800-455-7012

| To: | Business Owner/Manager |
|---|---|
| From: | Crystal Training |
| Phone: | 1-800-535-8176 |
| Fax: | 1-800-455-7012 |
| Web: | www.crystal-training.net |
| Email: | info@crystal-training.net |
| Pages (with cover): | 2 |
| Subject: | Classroom Training in Hollywood |

Please see the attached letter.

Thanks.

To be removed, please submit your fax number at http://remove.crystal-training.net
Crystal Training, 2981 Ford St. Ext., Unit #333, Ogdensburg, NY 13669, P: 800-535-8176, F: 800-455-7012

Dear Owner/Manager,

We would like to take a moment of your valuable time to tell you about our upcoming QuickBooks and Excel training classes in your area. Our company provides training classes in many cities coast-to-coast.

The classes run from 9:00 am to 4:30 pm, with 30 minute lunch break. Every student is provided with a notebook computer for use during the class. Registration cost for any single class is $259 or save 10% with any two or more classes at $229 each. We accept Visa, MasterCard and PayPal.

**Hollywood:** Hilton Garden Inn, 180 SW 18th Avenue, Dania Beach, FL

|  | Level 1 | Level 2 |
|---|---|---|
| QuickBooks | Mon, Apr 28, 2014 | Tue, Apr 29, 2014 |
| Excel | Wed, Apr 30, 2014 | Thu, May 1, 2014 |

For full details, including course topic outlines, please visit our website, at www.crystal-training.net or call us at 1-800-535-8176.

Best regards,

**Crystal Training**
Phone: 1-800-535-8176   Fax: 1-800-455-7012
Live operators: Monday - Friday from 8AM EST to 8PM EST/5AM PST to 5PM PST
Web: www.crystal-training.net   Email: info@crystal-training.net