AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### ALIAS SUMMONS IN A CIVIL CASE

AL AND PO CORPORATION et al.

V.

CRYSTAL QUEEN, INC. d/b/a/ CRYSTAL TRAINING

CASE NUMBER: 1:14-cv-4671

ASSIGNED JUDGE: Hon. John W. Darrah

DESIGNATED MAGISTRATE JUDGE: Hon. Sheila Finnegan

TO: (Name and address of Defendant)

CRYSTAL QUEEN, INC. d/b/a/ CRYSTAL TRAINING
166 OWL DRIVE
OTTAWA, ONTARIO
CANADA, K1V 9P6

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Siprut PC
17 N. State Street, Suite 1600
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/ Paul_____

(By) DEPUTY CLERK

June 20, 2014

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
              Date                 *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



| Ministry of the | Ministère du |
|---|---|
| Attorney General | Procureur general |
| Ontario Court of Justice | Cour de justice de l'Ontario |
| PO Box 1208 | C.P. 1208 |
| 393 Main Street | 393, rue Main |
| Haileybury, ON  P0J 1K0 | Haileybury, ON  P0J 1K0 |
| Telephone: (705) 672-3395 | Tèlèphone: (705) 672-3395 |
| Facsimile: (705) 672-3360 | Tèlècopier: (705) 672-3360 |
| HagueConvention@ontario.ca | |

August 18, 2014

Joseph J. Siprut
Spirut PC
17 N State Street, Suite 1600
Chicago, IL  60602
USA

Dear Sir/Madam:

Re:   Request for Service under the Hague Convention on  CRYSTAL QUEEN, INC.

Further to your request, I have now received the Sheriff's report advising that service could not be effected upon the above noted.

I enclose the completed Certificate which sets out the details of attempted service, together with both sets of documents provided annexed thereto.

Since payment has been received, we are now closing this file.

Yours very truly,

Nadine Auger
Client Services Representative
Central Authority for Service of Documents
in Ontario under the Hague Convention

Encls.

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS
DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Joseph J. Siprut, Attorney at Law<br>Siprut PC<br>17 N. State Street, Suite 1600<br>Chicago, Illinois 60602<br>USA<br>(312) 236-0000 | Ministry of the Attorney General<br>Ontario Court of Justice<br>393 Main Street<br>Haileybury, Ontario<br>Canada P0J1K0 |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
*(identité et adresse)*
CRYSTAL QUEEN, INC. d/b/a/ CRYSTAL TRAINING
166 OWL DRIVE
OTTAWA, ONTARIO
CANADA, K1V 9P6

| ☑ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
|---|---|---|
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

Complaint;
Federal Summons;
Motion for Class Certification;
Notice of Motion

* if appropriate / s'il y a lieu

| Done at / Fait à | Chicago, IL, USA | Signature and/or stamp<br>Signature et / ou cachet |
|---|---|---|
| The / le | June 24, 2014 | |

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
que la demande a été exécutée*

| – the (date) / le (date): | |
|---|---|
| – at (place, street, number): à (localité, rue, numéro) : | |

| – in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* selon les formes légales (article 5, alinéa premier, lettre a)* | |
| ☐ b) in accordance with the following particular method*: selon la forme particulière suivante* : | |
| ☐ c) by delivery to the addressee, if he accepts it voluntarily* par remise simple* | |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person: Identité et qualité de la personne : | |
|---|---|
| Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ 2. that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*:

ADDRESS IS A RESIDENCE. I ATTENDED JULY 14-15-17 AND NO ANSWER. I LEFT NOTE TO CALL ME AND IT WAS GONE EACH TIME I RETURNED. I SUGGEST ORDER TO POST ON DOOR OF HOUSE

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

AS PER REQUEST

**Annexes** / *Annexes*

| Documents returned: Pièces renvoyées : | |
|---|---|
| In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| Done at / Fait à OTTAWA The / le 18 JULY 2014 | Signature and/or stamp Signature et / ou cachet *[signed] Jerry Kilrea* |
|---|---|

**Identity and address of the addressee**
Identité et adresse du destinataire

CRYSTAL QUEEN, INC. d/b/a/ CRYSTAL TRAINING
166 OWL DRIVE
OTTAWA, ONTARIO
CANADA, K1V 9P6

IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÈCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÈS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Clerk's Office Intake Desk, Dirksen Building
219 S. Dearborn, 20th Floor
Chicago, Illinois 60604
(312) 435-5691
http://www.ilnd.uscourts.gov/ProSe.aspx

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Jospeh J. Siprut, Attorney at Law<br>Siprut PC<br>17 N. State Street, Suite 1600<br>Chicago, Illinois 60602<br>USA<br>(312) 236-0000 |
| **Particulars of the parties\*:**<br>Identité des parties\* : | Plaintiff: AL and PO Corporation<br>175 N Milwaukee Avenue # 300<br>Vernon Hills, IL 60061<br>Defendant: Crystal Queen, Inc.<br>166 Owl Drive<br>Ottawa, Ontario, Canada K1V 9P6 |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☑ **JUDICIAL DOCUMENT\*\***
   ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | Class action complaint for violations of the Telephone Consumer Protection Act, 47 U.S.C. 227. Motion for class certification and federal summons to appear. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Class action seeking statutory and actual damages and other relief for faxes sent in violation of the Telephone Consumer Protection Act, 47 U.S.C. 227 |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Enter appearance within 21 days of service of this summons at at the United States District Court for the Northern District of Illinois Eastern Division before Judge John W. Darrah by a lawyer authorized to appear before the Court. Case No. 1:14-cv-4671 |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | 21 days to appear after service of summons. |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
   ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | |
| **Time-limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | |

\*\* if appropriate / s'il y a lieu

Permanent Bureau September 2011