IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AL AND PO CORPORATION, ABSOLUTE ARCHITECTURE, P.C., and LAUREN MINNITI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CRYSTAL QUEEN, INC. d/b/a/ CRYSTAL TRAINING, a Canada corporation,<br><br>    Defendant. | Case No. 14-cv-4671<br><br>Hon. John W. Darrah<br><br>Magistrate Judge Sheila Finnegan |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss this action without prejudice as to Plaintiffs' individual claims and as to the class claims.

Date: September 3, 2014

Respectfully submitted,

AL AND PO CORPORATION, ABSOLUTE ARCHITECTURE, P.C., and LAUREN MINNITI, individually and on behalf of all others similarly situated,

By: _s/ Joseph J. Siprut_____
  One of the Attorneys for Plaintiff
  And the Proposed Putative Class

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**S**IPRUT **PC**
17 North State St.
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.470.6588

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was filed on this 3rd day of September, 2014, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*s/ Joseph J. Siprut*

4838-1342-9278, v. 1